ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/23/2015 9:35:40 AM
KEITH HOTTLE
CLERK

# CAUSE NO. <u>04-15-00010-CV</u>

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/23/2015 9:35:40 AM
KEITH E. HOTTLE
Clerk

---

# PEDRO MARQUEZ, JR.
# V.
# LISA A. WATKINS

---

# APPEALED FROM THE COUNTY COURT AT LAW
# STARR COUNTY, TEXAS

---

# MOTION TO WITHDRAW OF COUNSEL FILED BY
# CARMEN BENAVIDES RAMIREZ

---

1

# MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Carmen Benavides Ramirez, who is attorney of record for Lisa A. Watkins. Carmen Benavides Ramirez requests the Court to grant her permission to withdraw as attorney for Lisa A. Watkins in this case. In support, Carmen Benavides Ramirez shows:

Good cause exists for withdrawal of Carmen Benavides Ramirez as counsel, in that she is unable to effectively communicate with Lisa A. Watkins in a manner consistent with good attorney-client relations.

A copy of this motion has been delivered to Lisa A. Watkins, who is hereby notified in writing of her right to object to this motion. Lisa A. Watkins has consented to the motion. The last known address of Lisa A. Watkins is 825 E. Ave. C, Kingsville, Texas 78363.

The settings and deadlines, including discovery deadlines, in this case are as follows:

There are no hearings currently scheduled.

## Notice to Client

You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated below. You do not have to agree to this

motion.    If you wish to contest the withdrawal of Carmen Benavides Ramirez as your attorney, you should appear at the hearing.    If you do not oppose Carmen Benavides Ramirez's withdrawal as your attorney, you may notify Carmen Benavides Ramirez in writing of your consent to this motion.

Carmen Benavides Ramirez prays that the Court enter an order discharging her as attorney of record for Lisa A. Watkins.

Respectfully submitted,

Carmen Benavides Ramirez
Attorney at Law
4715 S. Jackson Rd.
Edinburg, Texas 78539
E-Mail:  cbramirezlawyer@yahoo.com
Tel:  (956) 683-7070
Fax:  (956) 683-7071

By: _CBR_ wrmr _____

Carmen Benavides Ramirez
State Bar No. 00790291
Attorney for Lisa A. Watkins

## Certificate of Service

I certify that a true copy of the above was served on each attorney of

record or party in accordance with the Texas Rules of Civil Procedure on

September 23, 2015.

_CBR wp mr._ _____

Carmen Benavides Ramirez
Attorney for Lisa A. Watkins

4